IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LAVELLE A. KRUDWIG                                                    PLAINTIFF

VS.                                 Case No. 06-CV-4038

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY                                                     DEFENDANT

**<u>ORDER</u>**

On August 15, 2006, Plaintiff filed an Amended Complaint. (Doc. 10) This is the second amended complaint filed by Plaintiff without leave of the Court. Plaintiff may only amend his complaint "once as a matter of course at any time before a responsive pleading is served... ." Fed. R. Civ. P. 15(a). Also, Plaintiff did not file the complaint correctly via the Court's ECF system; only the caption and three lines of the complaint were filed. Therefore, the Court finds Plaintiff's Amended Complaint (Doc. 10) filed on August 15, 2006 should be and hereby is struck from the docket. Plaintiff may file a motion to amend complaint if he wishes. Also, Plaintiff is ordered to respond to Defendant's pending motions to dismiss within 7 days of the entry of this order.

IT IS SO ORDERED, this 16th day of August, 2006.

               /s/ Harry F. Barnes
               Hon. Harry F. Barnes
               U.S. District Court